ACCEPTED
03-14-00257-CV
4689271
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 11:26:07 AM
JEFFREY D. KYLE
CLERK

# McElroy, Sullivan, Miller
# Weber & Olmstead, L.L.P.
## Attorneys at Law

MAILING ADDRESS
P.O. BOX 12127
AUSTIN, TX 78711

1201 SPYGLASS DRIVE
SUITE 200
AUSTIN, TX 78746
WWW.MSMTX.COM

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 11:26:07 AM
JEFFREY D. KYLE
Clerk

TELEPHONE
(512) 327-8566

March 30, 2015

*Via E-File*
Jeffrey D. Kyle
Clerk of the Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re:  Court of Appeals Number:  03-14-00257-CV; *Maverick County, City of Eagle Pass, Maverick County Hospital District, Maverick County Environmental and Public Health Association and George Baxter v. Railroad Commission of Texas, Dos Republicas Coal Partnership, Camino Real Fuels and North American Coal Company*

Dear Mr. Kyle:

Pursuant to your letter of March 24, 2015, Appellants Maverick County Environmental and Public Health Association and George Baxter confirms that counsel for Appellants intend to argue the above-referenced case at oral argument, currently set for May 20, 2015 at 9:00 a.m.

Thank you for your attention to this filing. If I can assist you with additional information regarding this appeal, please contact me.

Sincerely,

Thomas M. Weber
Attorney for Maverick County Environmental and
Public Health Association and George Baxter

cc:  All Counsel of Record        *Via E-Service*